No. 94–923.   SHAW ET AL. *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.; and

No. 94–924.   POPE ET AL. *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL., 517 U. S. 899.   Motion of appellees to retax costs denied.

No. 95–1268.   MARYLAND *v.* WILSON.   Ct. Sp. App. Md.   [Certiorari granted, 518 U. S. 1003.]   Motion for appointment of counsel granted, and it is ordered that Byron L. Warnken, Esq., of Baltimore, Md., be appointed to serve as counsel for respondent in this case.

No. 95–1521.   UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, ET AL. *v.* LEGAL ASSISTANCE FOR VIETNAMESE ASYLUM SEEKERS, INC., ET AL.   C. A. D. C. Cir. [Certiorari granted, 518 U. S. 1003.]   Motion of respondents to join additional parties granted.   JUSTICE SCALIA, JUSTICE SOUTER, JUSTICE THOMAS, and JUSTICE GINSBURG dissent.   Motion of respondents for class certification denied.

No. 95–1605.   UNITED STATES *v.* GONZALES ET AL.   C. A. 10th Cir.   [Certiorari granted, 518 U. S. 1003.]   Motion for appointment of counsel granted, and it is ordered that Edward Bustamante, Esq., of Albuquerque, N. M., be appointed to serve as counsel for respondent Miguel Gonzales in this case.   Motion for appointment of counsel granted, and it is ordered that Angela Arellanes, Esq., of Albuquerque, N. M., be appointed to serve as counsel for respondent Orlenis Hernandez-Diaz in this case.

No. 95–1682.   LOUISIANA LEGISLATIVE BLACK CAUCUS ET AL. *v.* HAYS ET AL., 518 U. S. 1014.   Appellees are invited to file a response to the petition for rehearing within 30 days.

No. 95–1694.   REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. *v.* DOE.   C. A. 9th Cir.   [Certiorari granted, 518 U. S. 1004.]   Motion for appointment of counsel granted, and it is ordered that Richard Gayer, Esq., of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 95–1717.   UNITED STATES *v.* LANIER.   C. A. 6th Cir. [Certiorari granted, 518 U. S. 1004.]   Motion for appointment of counsel granted, and it is ordered that Alfred H. Knight, Esq., of Nashville, Tenn., be appointed to serve as counsel for respondent in this case.